# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3016

_____

COREY A. MCDOWELL BEY,

Appellant,

v.

KEVIN JORDAN, Warden, Union
C.I.,

Appellee.

_____

On appeal from the Circuit Court for Union County.
David P. Kreider, Judge.

February 28, 2018

PER CURIAM.

We dismiss this untimely appeal for lack of jurisdiction. *See Agere Sys. Inc. v. All Am. Crafting, Inc.*, 931 So. 2d 244, 244 (Fla. 5th DCA 2006).

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Corey A. McDowell Bey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.